IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                    **8:19CR65**

        vs.

                                                                 **ORDER**

JOSE MENA-VALDEZ,

                    Defendant.

This matter comes before the Court on Defendant's, Jose Mena-Valdez's, Notice of Appeal, Filing No. 114, and Motion for Leave to Proceed in Forma Pauperis on Appeal, Filing No. 115.

Mena-Valdez seeks to appeal the Court's order denying his motion under 28 U.S.C. § 2255, Filing No. 110. Filing No. 114. As set forth in greater detail in that order, the Court declined to issue a certificate of appealability. *See* Filing No. 110 at 14. However, Federal Rule of Appellate Procedure 22(b) allows a defendant to seek a certificate of appealability from the Court of Appeals in such circumstances.

As to Mena-Valdez's request to proceed in forma pauperis on appeal, the Court finds such request should be granted. *See* Fed. R. App. P. 24(a)(3) (permitting a party to proceed in forma pauperis on appeal where he or she was previously granted in-forma-pauperis status). Accordingly,

IT IS ORDERED:

1.   Filing No. 115 is granted. The defendant may proceed in forma pauperis on appeal.

1

2. The Clerk of the Court shall process this appeal to the Eighth Circuit Court of Appeals.

Dated this 6th day of September, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge